UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

                                    **Civil Action No.: 1:20-cv-11713-NMG**

| | |
|---|---|
| **MARK ABRAHAM,** | ) |
|     Plaintiff, | ) |
| | ) |
| **v.** | ) |
| | ) |
| **TREMONT FISHERIES, LLC, &** | ) |
| **TREMONT FISHERIES, INC.,** | ) |
|     Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF**
**TREMONT FISHERIES, LLC**

    NOW COMES Defendant, Tremont Fisheries, LLC, in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 and states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

                                             For the Defendant,
                                             **Tremont Fisheries, LLC,**
                                             By its attorneys,

                                             **REGAN & KIELY LLP**

                                             /s/ Francis G. McSweeney
                                             Joseph A. Regan, Esq. (BBO #543504)
                                             Francis G. McSweeney, Esq. (BBO #682922)
                                           88 Black Falcon Avenue, Suite 330
                                           Boston, MA  02210
                                           (617)723-0901
                                           (617)723-0977 *facsimile*
                                           jar@regankiely.com
Dated: November 5, 2020                fgm@regankiely.com

## **CERTIFICATE OF SERVICE**

      I, Francis G. McSweeney, hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to all registered participants as identified on the Notice of Electric Filing, and paper copies will be sent to those indicated as non-registered participants, on November 5, 2020.

                                                    /s/ Francis G. McSweeney